UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and JOHN DOE #5,

Plaintiffs,

vs.

SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, PAMELA PETER, individually and as Assistant Dean of Student Rights and Affairs and the Director of the Office of Student Rights and Responsibilities, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,

Defendants.

Civil Action No.:
5:18-CV-496 (FJS/DEP)

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Hancock Estabrook LLP hereby appears in the above-entitled action as counsel for Defendants. Please note for purposes of the docket and interlocutory service that the following attorneys of record represent the above-captioned defendants:

        John G. Powers, Esq.
        (Bar Roll No. 508934)
        *Lead Counsel*

        Robert Whitaker, Esq.
        (Bar Roll No. 515645)
        *Co-Counsel*

        Paul J. Tuck, Esq.
        (Bar Roll No. 520814)
        *Co-Counsel*

Dated:   April 25, 2018

Respectfully submitted,

H<span/>ANCOCK E<span/>STABROOK LLP

By: s/   John G. Powers

John G. Powers (508934)
100 Madison Street, Suite 1500
Syracuse, New York 13202
Tel: (315) 565-4500
jpowers@hancocklaw.com

{H3316906.2}

## **CERTIFICATE OF SERVICE**

I, hereby certify that on April 25, 2018, I caused the foregoing to be electronically filed with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

      Kevin E. Hulslander, Esq.      khulslander@smithsovik.com

Dated:   April 25, 2018            s/ John G. Powers
                                                          John G. Powers (508934)