**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and JOHN DOE #5,

             Plaintiffs,

v.

SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, PAMELA PETER, individually and as Assistant Dean of Student Rights and Affairs and the Director of the Office of Student Rights and Responsibilities, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,

             Defendants.

**ORDER TO SHOW CAUSE**

Civ. Action No.: 5:18-cv-496 (FJS/DEP)

Upon the motion of Plaintiffs, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and JOHN DOE #5, by their attorneys Smith Sovik Kendrick & Sugnet, P.C., for an Order to Show Cause seeking a Temporary Restraining Order On Notice and Preliminary Injunction; and further

Upon the motion of Plaintiffs, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and JOHN DOE #5, for a Protective Order to proceed under pseudonyms to protect their right of privacy under Fed. R. Civ. P. 10 (a); and further

Upon the reading and filing of the Declaration of Kevin E. Hulslander, Esq., dated April 25, 2018, the Memorandum of Law dated April 25, 2018, the Affidavit of John Doe #1 sworn to on April 24, 2018, the Affidavit of John Doe #2 sworn to on April 24, 2018, the Affidavit of John

Doe #3 sworn to on April 24, 2018, the Affidavit of John Doe #4 sworn to on April 24, 2018, and the Affidavit of John Doe #5 sworn to on April 24, 2018, in support of this application for an Order to Show Cause, it is hereby

**ORDERED** that the motion of Plaintiffs, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and JOHN DOE #5, for a Protective Order to proceed under pseudonyms is GRANTED; and it is further

**ORDERED** that Defendants, SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, PAMELA PETER, individually and as Assistant Dean of Student Rights and Affairs and the Director of the Office of Student Rights and Responsibilities, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science, show cause before the United States District Court for the Northern District of New York, at the United States Courthouse, 100 South Clinton Street, Syracuse, New York, at ___:___ o'clock in the _____noon of April ___, 2018, why a Temporary Restraining Order should not be entered that restores Plaintiffs to good academic standing until an evidentiary hearing regarding whether a Preliminary Injunction should be issued:

    1.    Restoring Plaintiffs to good academic standing during the pendency of this Action;

    2.    Staying any pending disciplinary proceedings taken by Defendants against Plaintiffs during the pendency of this Action;

    3.    Prohibiting Defendants from furthering any disciplinary actions already taken against Plaintiffs during the pendency of this Action;

4. Prohibiting Defendants from commencing any other disciplinary actions against Plaintiffs during the pendency of this Action; and

5. Any such further relief as this Court finds fair, just, and equitable; and it is further

**ORDERED** that Plaintiffs' supporting papers shall be filed via CM/ECF and personally served upon Defendants on or before April ___, 2018; and it is further

**ORDERED** that Defendants' opposing papers shall be filed and served via CM/ECF on or before April ___, 2018.

Dated: April 25, 2018

_____
**United States District Judge**