

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Karen Guyder Felter**
Partner
kfelter@smithsovik.com

April 26, 2018

*With Offices in*
*Syracuse | Buffalo | Long Island*

<u>**VIA ECF**</u>

Hon. David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
100 South Clinton Street
P. O. Box 7345
Syracuse, NY  13261-7345

Re:   Doe v. Syracuse University, et al
       Civil Action No.:  5:18-CV-00496 [FJS-DEP]

Dear Magistrate Judge Peebles:

I am writing on behalf of all involved counsel to advise that by agreement of the parties, Plaintiffs' application for a TRO and preliminary injunction via Order to Show Cause filed yesterday, April 26, 2018, is hereby withdrawn. This agreement will obviate the need for the in person Motion Hearing set for tomorrow at 2:00 p.m.

Very truly yours,

Karen G. Felter

Cc:    All Counsel of Record via ECF

{S0781732.1}

Smith Sovik Kendrick & Sugnet P.C.
www.smithsovik.com