

# HANCOCK ESTABROOK, LLP
COUNSELORS AT LAW

**JOHN G. POWERS**
(315) 565-4547
*jpowers@hancocklaw.com*

June 14, 2018

**VIA ECF ONLY**

The Honorable David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
Syracuse, New York 13261

    Re:    *John Does #1-5 v. Syracuse University et al.*, 5:18-CV-496 (FJS/DEP)

Dear Judge Peebles:

    We represent Syracuse University and its individual officials sued as defendants in the above-captioned lawsuit (collectively, the "University").

    The University writes to request a Court conference pursuant to Local Rule 7.1(b)(2) to discuss the implementation of a briefing schedule for a motion seeking to require Plaintiffs to comply with Fed. R. Civ. P. 10(a) and Fed. R. Civ. P. 17(a)(1) and to correct the case caption to identify themselves individually by name.  The University's position is that Plaintiffs cannot satisfy the rigorous standard for proceeding anonymously set forth in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 190 (2d Cir. 2008).

    We have recently conferred with Plaintiffs' counsel regarding this issue, as required by the Local Rules, and they have indicated that they will not agree to amend the caption to reflect the actual names of the Plaintiffs.   Counsel for the University is available at your convenience to discuss this matter further.

                              Respectfully submitted,

                              HANCOCK ESTABROOK, LLP

                              */s/ John G. Powers*

                              John G. Powers

cc:    Counsel of record via ECF