UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, and John doe #5,

*Plaintiffs*,

vs.

SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, PAMELA PETER, individually and as Assistant Dean of Student Rights and Affairs and the Director of the Office of Student Rights and Responsibilities, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,

*Defendants*.

Civil Action No.:
5:18-CV-496 (FJS/DEP)

---

DECLARATION

JOHN G. POWERS, pursuant to 28 U.S.C. § 1746, does hereby declare:

1. I am counsel of record to Defendants in this matter. I make this Declaration in support of Defendants' Motion for an order requiring Plaintiffs to comply with Fed. R. Civ. P. 10 and Fed. R. Civ. P. 17(a) by filing an amended complaint with a corrected caption identifying themselves by name.

2. As referenced in the accompanying Memorandum of Law, the Complaint filed in this action is located at Dkt. Entry No. 1, which Defendants explicitly incorporate into their motion papers by reference.

{H3353176.1}

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2018                                    *s/John G. Powers*
                                                         _____
                                                         John G. Powers

{H3353176.1}                               2