# Exhibit A

| Srvc Ind Cd | Srvc Ind Reason | Last Name | First Name | Middle Name | Emplid | Audit Stamp | Audit Actn | AUDIT_ACTN Xlatlongname | Audit Oprid | Placed Method | PLACED_METHOD Xlatlongname |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SRR | SRR | ▮ | ▮ | ▮ | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:05 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:26 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | ▮ | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:29 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/12/18 10:46 AM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | ▮ | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:06 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:34 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:02 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:31 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:32 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | ▮ | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:33 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | ▮ | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ▮ | ▮ | | ▮ | 06/11/18 03:36 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ▮ | ▮ | ▮ | ▮ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |

| Srvc Ind Cd | Srvc Ind Reason | Last Name | First Name | Middle Name | Emplid | Audit Stamp | Audit Actn | AUDIT_ACTN Xlatlongname | Audit Oprid | Placed Method | PLACED_METHOD Xlatlongname |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SRR | SRR | ■ | ■ | | ■ | 12/15/17 03:13 PM | A | Add | KENEWCOM | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 01/23/18 01:08 PM | C | Change Old (PPI | MDPERK01 | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 01/29/18 04:46 PM | D | Delete | KENEWCOM | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 03/15/18 09:07 AM | A | Add | KENEWCOM | M | Manual |
| SRR | SRR | ■ | ■ | ■ | ■ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ■ | ■ | | ■ | 06/11/18 03:45 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 06/11/18 03:45 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ■ | ■ | | ■ | 06/11/18 03:27 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ■ | ■ | ■ | ■ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ■ | ■ | | ■ | 06/11/18 03:35 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |
| SRR | SRR | ■ | ■ | | ■ | 06/11/18 03:25 PM | D | Delete | EMNESTOR | M | Manual |
| SRR | SRR | ■ | ■ | | ■ | 04/21/18 06:16 PM | A | Add | EMNESTOR | A | Mass Assign |

Thursday, June 14, 2018             2 / 2

# Exhibit B



Mon 6/11/2018 3:02 PM
Eric M Nestor
Conduct Case and Transcript Release

To  Eric M Nestor
Bcc

Good afternoon,

As your University Conduct Board case has resulted in an indefinite suspension for a specified minimum time period, the Office of Student Rights and Responsibilities will submit paperwork to the Registrar's Office to have the "Administrative Withdrawal - University Initiated" notation placed on your academic transcript. This should happen this week. After the notation has been applied, our office will release the hold on your account, permitted you to request your transcript.

If the outcome of your appeal is favorable to you, resulting in either no disciplinary status or a status less than indefinite suspension, our office will submit paperwork to have the notation removed from your transcript. You may, after that time, request a new transcript without the withdrawal notation.

Eric

**Eric M. Nestor**
Associate Director
Office of Student Rights and Responsibilities

T 315.443.3728  F 315.443.9118
emnestor@syr.edu

310 Steele Hall, Syracuse, NY 13244
studentconduct.syr.edu

**Syracuse University**

**CONFIDENTIALITY NOTICE**
You have received this electronic message from the Office of Student Rights and Responsibilities at Syracuse University. The information contained in this electronic message may contain legally confidential and/or privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the material.