U.S. DISTRICT COURT
100 South Clinton Street
Syracuse, New York 13261

July 26, 2018

India Miraglia
235 Pangborn Road
Hastings, New York 13076

Re:  5:18-cv-00496-FJS-DEP (John Doe #1 et al v. Syracuse University et al)

Dear Ms. Miraglia,

Pursuant to your transcript request in the above-referenced case, I have transcribed the proceedings for the Motion on 7/25/2018. The transcript is 31 pages and the cost per page is $6.05 for a Daily order.  A money order to my attention mailed to the address below in the amount of $187.55 is required for production of the transcript.

Sincerely,


Hannah Cavanaugh
Official Court Reporter-NDNY
100 South Clinton Street
Syracuse, New York 13261-7367
(315) 234-8545