

**JOHN G. POWERS**
(315) 565-4547
jpowers@hancocklaw.com

July 27, 2018

**VIA ECF ONLY**

Judge David E. Peebles
United States Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, New York 13261

    Re:    *John Doe #1-9. v. Syracuse University et al.* **5:18-CV-496 (FJS/DEP)**

Dear Magistrate Judge Peebles:

    We represent Defendants in the above-captioned action. We have conferred with opposing counsel who has indicated that Plaintiffs intend to add an additional claim to their Complaint. In that regard, the disciplinary proceedings that form the basis for this action became final on or about July 26, 2018, when Plaintiffs received notice of the confirmation of the University's decision on their respective appeals. As a result, I understand that Plaintiffs intend to add an additional claim to the pleadings under Article 78 of the CPLR.

    As the present deadline to Answer or otherwise respond to the First Amended Complaint is July 30, 2018, the parties agree that it would be more efficient to provide Plaintiffs an opportunity to amend their pleading before Defendants answer. For their part, Defendants consent to allowing Plaintiffs to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

    Accordingly, the parties respectfully request that the Court so-order the attached Stipulation that proposes that Plaintiffs file their Second Amended Complaint on August 3, 2018 and that Defendants' deadline to answer or otherwise appear be August 10, 2018.

    Thank for your consideration of this request.

                            Respectfully Submitted,

                            HANCOCK ESTABROOK, LLP

                            */s/ John G. Powers*

                            John G. Powers

cc: Counsel of record *via* ECF

1500 AXA Tower I, 100 Madison St., Syracuse, NY 13202 · www.hancocklaw.com · T: (315) 565 4500 · F: (315) 565 4600



## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, I caused the foregoing to be served via the Court's ECF System upon counsel for all parties to this action.

Dated:  July 27, 2018           *s/ John G. Powers*  
                                           John G. Powers