**EXHIBIT K**

# Karen G. Felter

| | |
|---|---|
| **From:** | Julie McMahon <jmcmahon@Syracuse.com> |
| **Sent:** | Monday, August 27, 2018 3:15 PM |
| **To:** | Karen G. Felter |
| **Subject:** | Jefferson Co case - Syracuse University |

Hi Karen,

Julie here from The Post-Standard. I hope you are well. I am just returning from some time off, so catching up on case dockets, and I noticed the recent filings in the Doe v. SU case (18cv496).

I saw that a related case has been filed in Jefferson County Supreme Court. I haven't acquired the court papers yet, so I was wondering if you might be able to fill me in on what's happening there. If you'd like to discuss, you can reach me here or on my cell phone at **315-412-1992**. If you are able to provide copies of the documents filed, I would definitely appreciate being able to take a look.

Thanks very much,
Julie


**Julie McMahon**
Public Affairs Reporter
Syracuse.com | The Post-Standard

**mobile** 315-412-1992
**email** jmcmahon@syracuse.com
**twitter** @julie_mcmahon
**address** 220 S. Warren St., Syracuse, N.Y. 13202
**website** http://connect.syracuse.com/staff/jmcmahon-syr/posts.html