UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, and JOHN DOE #9,

                        Plaintiffs,

vs.

SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,

                        Defendants.

Civil Action No.:
5:18-CV-496 (FJS/DEP)

## ORDER TO SHOW CAUSE

Defendants have filed a motion seeking an order directing Plaintiffs to show cause why a preliminary injunction should not be entered enjoining Plaintiffs and their counsel from seeking, or placing into effect, any judicial remedy from the Supreme Court of the County of Jefferson in the State of New York in the action *John Doe, et al. v. Syracuse University*, Index No. 2018-00001865, RJI No. 22-18-0762.

Upon review of the Declaration of Daniel J. French, the Memorandum of Law in Support of the Motion for an Order to Show Cause, and the exhibits attached thereto, it is:

ORDERED that

1.     Plaintiffs or their attorneys are directed to appear at 10:00 a.m., on September 5, 2018 at the United States District Courthouse, located at Syracuse, New York, to show cause why an order should not be entered, pursuant to the All Writs Act, 28 U.S.C. § 1651, the Anti-Injunction Act, 28 U.S.C.

§ 2283, Federal Rule of Civil Procedure 65, and Local Rule 7.1(f), granting Defendants a preliminary injunction enjoining Plaintiffs and their counsel from seeking, or placing into effect, any judicial remedy from the Supreme Court of the County of Jefferson in the State of New York in the action *John Doe, et al. v. Syracuse University*, Index No. 2018-00001865, RJI No. 22-18-0762.

2. Defendants shall serve upon all Plaintiffs or their counsel a copy of this Order, together with a copy of the aforementioned papers upon which the same is granted, on or before August 28, 2018. The filing of this order and supporting papers on the court's CM/ECF docket shall constitute good and sufficient service.

3. Plaintiffs shall file responsive papers, if any, on or before August 30, 2018. Defendants shall file reply papers, if any, by noon on September 4, 2018.

4. Defendants' request for a temporary restraining order exceeds my jurisdiction as a magistrate judge and, accordingly, is DENIED without prejudice to defendants' right to reapply for such relief before a district judge.

IT IS SO ORDERED.

Dated: August 28, 2018
Syracuse, NY

David E. Peebles
U.S. Magistrate Judge