# EXHIBIT A

Syracuse University | News

# CAMPUS & COMMUNITY

**Campus & Community**

# Message from Chancellor Syverud

Wednesday, April 18, 2018, *By News Staff*

Dear Students, Faculty and Staff:

Earlier today, the University learned of extremely troubling and disturbing conduct at one of our professional fraternity chapters, Theta Tau.

Videos showing this offensive behavior have surfaced online. They include words and behaviors that are extremely racist, anti-semitic, homophobic, sexist, and hostile to people with disabilities. I am appalled and shaken by this and deeply concerned for all members of our community.

The conduct is deeply harmful and contrary to the values and community standards we expect of our students. There is absolutely no place at Syracuse University for behavior or language that degrades any individual or group's race, ethnicity, sexuality, gender identity, disability or religious beliefs.

Upon confirming Theta Tau's involvement, the University's Office of Student Rights and Responsibilities immediately suspended the fraternity, effectively halting all activities. At this time, all evidence has been turned over to the Department of Public Safety, which has launched a formal investigation to identify individuals involved and to take additional legal and disciplinary action.

Syracuse University is committed to fostering a community where all our students feel welcome and are treated with dignity and respect. This behavior is unacceptable and contradicts our moral standards.

What happened at Theta Tau serves as a reminder that violations of codes of honor, behavior and values will be met with swift and appropriate consequences.

The University will communicate further on this matter later today, including about other steps and resources we will make available to our community.

Sincerely,

Chancellor Kent Syverud

© 2018 Syracuse University News. All Rights Reserved.

Syracuse University | News

# CAMPUS & COMMUNITY

**Campus & Community**

# Chancellor Syverud Addresses Wednesday's University Senate Meeting

Thursday, April 19, 2018, *By News Staff*

Chancellor Kent Syverud discussed several issues at Wednesday's meeting of the University Senate, the last of the 2018-19 academic year. He addressed the incident involving the Theta Tau fraternity; two new initiatives within Invest Syracuse; the University's relationship with the SUNY College of Environmental Science and Forestry; and sexual harassment policies.

Also in his remarks, Chancellor Syverud recognized students Dina Eldawy and Crystal Letona on their selection as Truman Scholars and Anthony So on his selection as a Paul and Daisy Soros Fellow. He also recognized Professor Emeritus Donald Siegel on his election as president of the Geological Society of America.

The Chancellor's remarks, as prepared for delivery, appear below:

## <u>Opening</u>

Good afternoon.

I thank all Senators for your hard work this academic year. Serving on the University Senate is just one of your many responsibilities. I appreciate the time you dedicate to shared governance and wish you well as we head into the final weeks before Commencement.

I had four or five matters I planned to briefly discuss today, but first, in light of recent events, we first need to address an incident we at the University learned about this morning.

I have watched part of the videos from Theta Tau. I am shaken and deeply disturbed by what is on them, as I would hope anyone in our community would be.  I believe I described the videos accurately in the message I sent out earlier today:  this is racist, anti-Semitic, homophobic, sexist, and ableist, by which I

mean hostile to people with disabilities. The fraternity has been suspended and appropriate proceedings have been commenced, which will proceed fairly and appropriately.

We took these steps promptly after learning about the conduct and the video this morning. Before communicating with the University community, I sought counsel from Senate leadership, faculty leaders, student leaders, and the Diversity and Inclusion Council.

This afternoon, I attended a meeting for the community overseen by Hendricks Chapel and its dean. I learned a lot about next steps at that meeting. I have also asked that today all members of our community receive information about resources available to address concerns and impact of this incident.

I have asked the agenda committee and the Senate committee chairs for further counsel going forward. I want you to know that, of the dozens of faculty, staff, students, and alumni I have spoken with today, there has been uniform agreement that this conduct is antithetical to our values as a University. There has been uniform agreement that we have a lot of work to do right now if we care about those values. There has been uniform agreement about the importance to reaffirm who we are as a University. Who we are as a university is that we are an inclusive student-focused research university that fosters a richly diverse and inclusive community of learning and opportunity. That is from our vision and our mission that we all participated in adopting. I believe we need to stick to it, whatever happens on this campus or in the world. That is the vital thing to address today.

Without diminishing that, I do also call your attention to some other announcements.

### Truman Scholars

Please join me in celebrating a tremendous achievement by two of our students. Syracuse University this year has not one - but two Truman Scholars this year.  Dina Eldawy and Crystal Letona.

Eldawy is an international relations and citizenship and civic engagement major in the College of Arts and Sciences and the Maxwell School.  Letona, is a communications and rhetorical studies major in the College of Visual and Performing Arts and a policy studies major in the College of Arts and Sciences and the Maxwell School.

Only 11 Syracuse University students before them have received this prestigious scholarship.

The Truman Scholarship is awarded nationally to approximately 55-65 college juniors each year in recognition of community service, academic accomplishment and commitment to a career in public service. This year, more than 750 students were nominated by schools and colleges from around the

country. Recipients receive $30,000 to fund up to three years of graduate education leading to a career in public service.

Also today, it was announced that one of the nation's 30 Paul and Daisy Soros fellows will be Anthony So, who is pursuing a MFA in fiction at Syracuse. Only 11 universities other than Syracuse have Soros fellows for 2018.

I also congratulate Don Siegel, emeritus professor of Earth sciences, who has just been elected president of the Geological Society of America, which has 25,000 members and is one of the highest honors in the discipline.

## Invest Syracuse News

I want to share two pieces of Invest Syracuse news.

First: As you may recall, during my Winter Message in January, I said we must work to ensure certain priority elements of the Academic Strategic Plan be implemented before the end of the semester.

Of course, two of those priority areas are advancing innovation and discovery and enhancing the student experience.

Today, I am pleased to announce - as part of the $100 million Invest Syracuse initiative - the creation of a new Center for Undergraduate Research. The center will focus on creating and sustaining a culture of inquiry among our undergraduate students.  I thank all the students, academic staff, and faculty who have brought this vision to make this happen.

This is the result of collective efforts by multiple constituents—including the Student Association, the University Senate Research Committee and the Renée Crown University Honors Program. This will quadruple the funding for undergraduate research and will benefit thousands of students starting in just a few months.

The goal of this group's work is to strengthen, centralize, coordinate and expand capacity for undergraduate research and train faculty mentors.

Thanks to the leadership of Cathryn Newton, Special Advisor to the Chancellor and Provost for Faculty Engagement, the best ideas of students, faculty and staff were brought together to create this new and exciting center.

There is evidence that this kind of commitment to undergraduate research will help us recruit, retain and graduate a more diverse and talented student body, and prepare them for post-graduate success.

The Center will report to both Provost Wheatly and Vice President for Research John Liu. It is a vital step in supporting a more expansive and interdisciplinary research enterprise across the university.

The second Invest Syracuse announcement is this: The Counseling Center, the College of Arts and Sciences, the School of Education and Falk College of Sport and Human Dynamics are launching a new initiative that will significantly expand counseling services for students. It will also provide professional experience for our graduate students in the health profession fields.

Through Invest Syracuse funds, the Counseling Center is in the process of hiring a training director. The new director will provide clinical supervision and oversee a team of graduate student trainees and behavioral health interns. These interns will represent several academic programs, including clinical psychology, school psychology, counselor education, social work, and marriage and family therapy.

The graduate student trainees will provide individual counseling, assist with group therapy, and lead educational programming to expand the capacity and reach of the Counseling Center.

The behavioral health interns will work closely with Health Services and the social work students will work closely with the Office of Health Promotion. Together, they will support efforts to expand outreach and education about holistic health and wellness topics.

We will announce more details on both new Invest Syracuse initiatives in the coming week. I look forward to updating you on the launch and funding for the new Center for Undergraduate Research and encourage your engagement.

## SUNY ESF Update

At our last Senate meeting, I briefly discussed our relationship with SUNY ESF. As you may recall, ESF recently announced a long-range plan that includes an increase in undergraduate enrollment from approximately 2,000 to 3,000.

In addition, ESF plans to create a general education college that would begin providing general education instruction, eliminating the need for Syracuse University's College of Arts and Sciences to provide such instruction.

Both aspects of this plan have significant implications for Syracuse University and our existing services agreement with SUNY ESF.

I discussed this plan and other issues in a meeting with the Chancellor of the SUNY schools, Kristina Johnson, earlier this month. I have also corresponded on these issues with ESF President Quentin

Case 5:18-cv-00496-FJS-DEP   Document 60-1   Filed 08/30/18   Page 8 of 21

Wheeler. We all agree that our institutions have enjoyed a positive and productive relationship, and we desire to continue to have a positive and productive relationship as our institutions evolve.

Currently Syracuse University provides many services to ESF beyond instructional services including but not limited to:

- instruction-related disability services;

- the majority of SUNY-ESF co-curricular services;

- the vast majority of recreation services for both students and faculty and staff; and

- virtually all campus IT services.

The recent announcements signal ESF's intent to evolve the substance and character of the longstanding relationship between our two institutions.

Accordingly, last Monday Syracuse University formally notified ESF of our intent to renegotiate the current services agreements over the next 24 months, after which time the current agreements will expire.

ESF leadership has designated Vice President and CFO Joseph Rufo as the point of contact with whom members of my executive team can begin discussions about the next phase of our partnership with ESF. I look forward to working with Vice President Rufo, Provost Wheatly and others as we cooperatively plan the course of our two institutions.

### Sexual Harassment Policies

Finally, and perhaps most importantly, I want to acknowledge the work of the group from the Academic Freedom, Tenure, and Professional Ethics Committee and the Committee on Women's Concerns. They have been hard at work reviewing the University's policy on faculty-student relationships and I understand they will present their recommendations today.

I have read both of the committee reports that were distributed to the Senate last Thursday. I am pleased to see that both committees have recommended substantive changes to the faculty manual that I think are critical to fostering an appropriate learning environment for our undergraduate students.

I thank the committees' members for giving their attention to this important matter, and expect their work on other policy issues will continue into next semester.

I look forward to the conversation we will have today around this very important issue.

Case 5:18-cv-00496-FJS-DEP   Document 60-1   Filed 08/30/18   Page 9 of 21

## Conclusion

That is my report today. Thank you.

© 2018 Syracuse University News. All Rights Reserved.



Syracuse University | News

# CAMPUS & COMMUNITY

Campus & Community

# Message from Chancellor Syverud: Actions Now Underway

Thursday, April 19, 2018, By News Staff

Dear Students, Faculty, and Staff:

The recent video revealing offensive and unacceptable behavior by members of a Syracuse University fraternity is a painful wake-up call. It has prompted, rightfully, much outrage and concern across our campus. In the last 36 hours, I have listened to and heard from hundreds of you about how our community should best respond. So many of you have told me how much you care about this University and what it can be at its best: a place where people from all backgrounds care about each other and learn from each other.

As we move forward, I want to share the steps we are taking to meet our commitment of fostering a welcoming and inclusive environment. We intend to do the following:

• Continue suspension of all Theta Tau activities until further notice and engage the Theta Tau national office in conducting a comprehensive chapter review.
• Conduct a top to bottom review of all our Greek life policies, activities and culture, to be commenced this week and completed in time for us to revise all our practices for the start of the fall semester.
• Require all Greek and student organization leaders, members and advisors to participate in implicit bias training and inclusivity training.
• Provide mandatory training for all students, new and continuing, about the culture and expectations of our community.
• Conduct a review by the academic leadership and administrative leadership, including all deans, of appropriate training for faculty and staff, to commence this summer.
• Expand Residence Life training related to diversity and inclusion and implicit bias training.
• Enhance new student orientation and first-year forum and seminars to address diversity and inclusion, implicit bias, alcohol and drugs, and other related topics.

Additionally, the student judicial investigation of this matter commenced yesterday and has been pursued with vigor today, including interviews of almost all of the individuals directly involved. It is vital that this investigation, and the judicial process that follows, be fair and expeditious.

I will confer with a wide range of student, faculty and staff leaders tomorrow and over the weekend on these steps as well as on other concrete actions that are necessary for the good of our community. I will report on these promptly as options are considered and disclosed.

Sincerely,

Chancellor Kent Syverud

© 2018 Syracuse University News. All Rights Reserved.

# A MESSAGE TO OUR COMMUNITY FROM DEAN TERESA ABI-NADER DAHLBERG

**APRIL 20, 2018**

Dear Students, Faculty, and Staff,

This week, the Syracuse University campus was shown very ugly, disturbing behavior displayed by some of our students. A series of videos was uncovered that showed some members of the Theta Tau professional engineering fraternity using racist, anti-Semitic, homophobic, sexist, and ableist language.

This hateful behavior is horrific and does not represent our College or our values. I am deeply saddened by what I heard and saw. Let me be clear: this kind of behavior and the use of this kind of language is unacceptable in Syracuse University's College of Engineering and Computer Science. We strive to be a community of inclusion and collaboration.

While our entire campus community must continue to earnestly address racism, sexism, anti-Semitism, homophobia, and ableism, it is especially painful to see hate on display in the Engineering and Computer Science community. Women and people of color are considerably underrepresented in our disciplines. Actions like those we saw from some members of Theta Tau only serve to deepen a long-standing divide that has kept brilliant minds on the sidelines. Our College has continuously made efforts to broaden our community through scholarship, programs, and exceptional student support. It is clear that we must do much more to foster a culture of acceptance around diversity.

I attended the Hendricks Chapel dialogues yesterday afternoon and evening. I want you to know that I heard you. I will continue to listen. But, more importantly I will act. And we must act together.

Let us start by beginning a dialogue within our College, with the goal of identifying steps we can take together to foster important change. Today (April 20, 2018), classes in the College of Engineering and Computer Science will be suspended from noon to 2 p.m. to accommodate student, faculty, and staff attendance at a College-wide forum. I will also ask the leadership from every SU school and college to excuse Engineering and Computer Science students from their courses to allow them to attend. The forum will take place in the Law School's Main Auditorium in 020 Dineen Hall at noon. Additionally, our Student Success Office in Link 121 are prepared to assist students that need to report additional issues and to provide support and connect you with the University's broader resources during this difficult time.

This forum will only be one of many important steps as we create a pathway for moving forward. At this time, I commit to you the following steps:

1. The Dean's Leadership Team, comprised of all administrators in the College, will participate in mandatory diversity training before the end of this academic year.
2. The College's day-long faculty retreat in August will be devoted to diversity training, with follow-up training annually.
3. Diversity education will be integrated into ECS 101, the introduction to engineering and computer science course, taken by all first-year students.
4. We will identify ways to integrate diversity education or training into the graduate student experience.
5. The College will create a diversity council, comprised of students, faculty, and staff to provide a forum for hearing student, faculty, or staff concerns and to help set and monitor diversity actions within the College.
6. We will reexamine College processes for hiring and promotion with the express goal of hiring a more representative faculty and staff in our College.

We are committed to diversity and inclusion in a meaningful way in the Engineering and Computer Science community. We have work to do to prove it. Please help me define and do this work.

Sincerely,
Teresa Abi-Nader Dahlberg

*This message was originally distributed to students, faculty, and staff in the College of Engineering and Computer Science via email on Thursday, April 18 at ~ 4:30 pm.*

◄ PREVIOUS (/ELECTRICAL-ENGINEERING-AND-COMPUTER-SCIENCE/DEPARTMENT-NEWS/DEANS-UPDATE-PRODUCTIVE-SUMMER)

(/)

(https://www.facebook.com/EngineeringSU) (https://www.instagram.com/engineeringsu/)

(https://www.linkedin.com/edu/syracuse-university-college-of-engineering-and-computer-science-161041)

(https://twitter.com/engineeringsu) (https://www.youtube.com/user/SyracuseEngineer)

Syracuse University | News

# CAMPUS & COMMUNITY

Campus & Community

# Message to Alumni from Chancellor Kent Syverud

Friday, April 20, 2018, *By News Staff*

Dear Orange Alumni:

The last 48 hours have been especially difficult for our Orange community. Like so many of you, our students, faculty and staff have expressed concern, disappointment and outrage at the offensive and appalling behavior displayed by members of one of our professional fraternities. As I told the campus community, the video was extremely racist, anti-Semitic, homophobic, sexist, and hostile to people with disabilities.

The events of the last several days have reminded us that although this conduct is shocking to many of us, it is not all that surprising to those among us who have experienced any kind of bigotry before. Despite the outrage we all share, I have been comforted by the fact that in the face of adversity, our community—both on campus and beyond—can stand united in rejecting hate and bias of any kind.

We are not the only college campus in the country facing some stark realities of prejudice and hate. But we will face up to these challenges and do the work that must be done to battle bigotry and to truly become the inclusive community we aspire to be.

I want to share with you the steps we are taking that I am confident will allow us to effect real change. In addition to suspending the Theta Tau fraternity and launching a comprehensive investigation, the University is taking the following actions:

· Conducting a top to bottom review of all of our Greek life policies, activities and culture, to be commenced this week and completed in time for us to revise all our practices for the start of the fall semester.

·    Requiring all Greek and student organization leaders, members and advisors to participate in implicit bias training and inclusivity training.

·    Establishing mandatory training for all students, new and continuing, about the values, culture and expectations of our community.

Together as a global Orange community, we must reaffirm what we reject and what we value.  We will condemn any behaviors that profoundly contradict our Orange values. We must continue to envision what Syracuse University should and can be when we come together as a united community.

We will keep you informed as we take the necessary actions to achieve our shared vision.

Sincerely,

Chancellor Kent Syverud

© 2018 Syracuse University News. All Rights Reserved.

# Syracuse University | News

# Syracuse University Permanently Expels Theta Tau Chapter

Saturday, April 21, 2018, *By News Staff*

Chancellor Kent Syverud today announced the permanent expulsion of the Syracuse University Chapter of Theta Tau. Steps are also well underway to recommend charges against individual students involved in the disgusting video that surfaced online this week.

© 2018 Syracuse University News. All Rights Reserved.



Syracuse University ⏐ News

# CAMPUS & COMMUNITY

**Campus & Community**

# Message from Chancellor Kent Syverud

*Sunday, April 22, 2018, By News Staff*

Dear Students, Faculty, and Staff:

Last night the Daily Orange released an additional video of the behavior at the Syracuse University chapter of Theta Tau. The video depicts sexual assault, physical violence and grotesque hostility toward and mockery of people with physical, intellectual and other disabilities.

This additional video is part of the evidence Syracuse University received on Wednesday and immediately referred for potential criminal investigation to local law enforcement and for student judicial proceedings. It is not the only evidence, and there are other videos as well. We do not reveal evidence in an ongoing potential criminal and judicial investigation so as not to prejudice that investigation and so as not to enable those being investigated to escape responsibility for all of their actions. For this reason, I have been constrained in what I could say to date about this incident. I do not know what videos or other evidence the Daily Orange or other media may possess, and the media are not necessarily subject to the same constraints as I am in releasing information.

Now that the media has released this second video, I can comment more specifically on it than I have been able to in my previous statements on *Wednesday, April 18*, *Thursday, April 19*, *Friday, April 20*, and *Saturday, April 21*. In my specific comments on the *first video*, I have noted that its disgusting content included extreme and egregious racism, sexism, ableism, anti-Semitism and homophobia. I deeply believe it was important to name that video for what it is, and I will be consistent in responding to this second video.

The words and behaviors in the second video are appalling and disgusting on many intersecting grounds. They especially offend all Syracuse University holds dear about diversity and inclusion of people with disabilities. Diane Wiener, director of Syracuse University's Disability Cultural Center (DCC), has explained why in careful and thoughtful detail, which I *link here*. I believe the second video depicts egregious behavior, including sexual assault, violence and discriminatory mockery and hostility toward

people with disabilities that is unacceptable and deeply harmful in many ways. I ask all of us who care about our community and its values to reaffirm them by emphatically rejecting all this video represents. There is absolutely no place at Syracuse University for tolerance of this behavior.

I am deeply concerned about how the continuing exposure to hateful videos is causing further hurt and distress to members of our campus community who are still dealing with the last public display of bigotry and hatred. Following tonight's 7 p.m. Dean's Convocation at Hendricks Chapel, I along with the Dean of Students Robert Hradsky, DCC Director and Co-Chair of the Diversity and Inclusion Council Diane Wiener, Associate Vice President Colleen Bench, Senior Vice President and Chief of Staff Candace Campbell Jackson, Special Assistant and Co-Chair of the Diversity and Inclusion Council Barry L. Wells, Department of Public Safety Chief Bobby Maldonado and other concerned leaders, will be on hand. We will go to an appropriate and accessible space to engage with students and community members who desire to do so until 9:30 p.m.

Sincerely,

Chancellor Kent Syverud

© 2018 Syracuse University News. All Rights Reserved.

Syracuse University | News

# CAMPUS & COMMUNITY

Campus & Community

# Update on Student Disciplinary Process

Monday, April 23, 2018, By *News Staff*

Dear Students, Faculty and Staff:

The Department of Public Safety (DPS) Chief Bobby Maldonado announced yesterday that complaints had been filed against 18 individuals in connection with the Theta Tau fraternity conduct investigation. These individuals are alleged to have violated the Code of Student Conduct. Violations may include behavior that threatens the mental health or safety of anyone or any group; disorderly conduct, including lewd or obscene behavior; and harassment, including words or video that go beyond the bounds of free speech.

Now that those individuals have been referred to the Office of Student Rights and Responsibilities (OSRR), the student disciplinary process is formally underway. This process entails the following steps:

1. The OSRR is meeting with involved students to discuss alleged charges.
2. During these individual meetings, the involved students can take one of two pathways:
a. Accept responsibility and receive assigned penalties (which may include suspension or even expulsion)
b. Decline to accept responsibility, at which point the case is referred to the University Conduct Board (UCB)
3. The UCB conducts a hearing.
4. The UCB then deliberates after all evidence is presented and determines responsibility and recommends appropriate penalties.
5. Following UCB recommendations, the complainant (in this case DPS) and the involved students have the option to appeal the UCB decision.
6. If either party appeals, the case is referred to the University Appeals Board (UAB).
7. The UAB will then review the case and make a final recommendation.
8. The final ruling is issued.

This process, as previously described, will move fairly and expeditiously. We expect this process to be completed in approximately two weeks.

Sincerely,

Robert Hradsky, Ed.D.
Dean of Students

© 2018 Syracuse University News. All Rights Reserved.