**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, and JOHN DOE #9,

                Plaintiffs,

v.

SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, and TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,

                Defendants.

**ORDER TO SHOW CAUSE**
Case No.:   5:18-cv-496 (FJS/DEP)

**NOW**, upon the reading and filing of the Declaration of Karen G. Felter, Esq. dated August 30, 2018, along with Exhibit "A" thereto, and the Memorandum of Law dated August 30, 2018 the motion of Plaintiffs, JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, and JOHN DOE #9, by and through their attorneys, Smith, Sovik, Kendrick & Sugnet, P.C., for an Order to Show Cause directing Defendants, SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, and TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science, to show cause why this Action should not be dismissed voluntarily without prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (2); it is hereby

**ORDERED** that Defendants are directed to appear on September 5, 2018 at 10:00am or as soon thereafter as counsel may be heard at the United States Courthouse for the Northern District of New York located in the City of Syracuse at 100 South Clinton Street, to show cause why this Action should not be dismissed voluntarily without prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (2); and it is further

**ORDERED** that Plaintiffs shall serve a copy of this Order, together with a copy of the aforementioned papers underlying this Order, on Defendants' counsel on or before _____, 2018; and it is further

**ORDERED** that Defendants shall file responsive papers, if any, on or before _____, 2018 at _____ pm; and it is further

**ORDERED** that Plaintiffs shall file reply papers, if any, on or before _____, 2018 at _____ pm.

Dated: August ___, 2018                    **IT IS SO ORDERED:**

                                            _____
                                            The Honorable Frederick J. Scullin
                                            United States District Judge