**EXHIBIT A**

**STATE OF NEW YORK**
**SUPREME COURT**                           **COUNTY OF JEFFERSON**

In the Matter of the Petition of
JOHN DOE "1", JOHN DOE "2",
JOHN DOE "3", JOHN DOE "4",
JOHN DOE "5", JOHN DOE "6",
JOHN DOE "7", JOHN DOE "8",
JOHN DOE "9", and JOHN DOE "10",

                         Petitioners,      **ORDER TO SHOW CAUSE**
v.                                                  Index. No.: 18-1865

SYRACUSE UNIVERSITY,

                         Respondent.

Seeking a Judgment Pursuant to Article 78
of the Civil Practice Law and Rules
Vacating and Annulling final determinations
rendered by Respondent on July 26, 2018.

Upon the Affirmation of John G. Powers, Esq. dated August 27, 2018, and upon all the papers and proceedings had herein, from which it appears that sufficient cause exists, it is hereby

**ORDERED** that Petitioners must show cause at the Dulles State Office Building, 317 Washington Street, Watertown, New York 13601, on the 30 day of August, 2018 at 1 :00 a.m./p.m. or as soon after as counsel can be heard, why an Order should not be issued: (1) granting Respondent leave to appeal to the Appellate Division, Fourth Department, from an Order to Show Cause of this Court signed on August 27, 2018 granting Petitioners' application for a temporary restraining order staying the disciplinary determinations by Respondent that are the subject of this proceeding and prohibiting Respondent immediately from taking any steps to enforce those determinations, based on

supplemental papers submitted by Petitioners on Friday, August 24, 2018, and in contravention to the earlier Order to Show Cause signed by this Court on August 22, 2018, which denied Petitioners' request for a temporary restraining order; or, in the alternative, (2) granting leave to Respondent to reargue the earlier Order to Show Cause and, upon such reargument, reinstating the Order to Show Cause signed by this Court on August 22, 2018; and it is further

**ORDERED** that, service of a copy of this Order and the papers upon which it is based upon Petitioners' attorneys, Smith, Sovik, Kendrick & Sugnet, P.C., Kevin E. Hulslander, Esq., via email to khulslander@smithsovik.com on or before August 28, 2018 shall be deemed sufficient service; and it is further

**ORDERED** that Petitioners' answering papers, if any, shall be served upon Respondent's attorneys, Hancock Estabrook, LLP, John G. Powers, Esq. via email to jpowers@hancocklaw.com no later than August 29, 2018; and it is further

**ORDERED** that Respondent is entitled to file reply papers, which shall be served upon Petitioners counsel via email no later than one day prior to the return date of this application; and it is further

**ORDERED**, that sufficient cause being shown, that Respondent is granted permission to take an appeal of this Court's order dated August 27, 2018, granted on notice, pursuant to CPLR 5701(c).

Dated: August 28, 2018

ENTER:

James P. McClusky, J.S.C.