

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Karen G. Felter**
Partner
kfelter@smithsovik.com

August 31, 2018

*Syracuse | Buffalo*
*Long Island | White Plains*

**VIA ECF**

Hon. Frederick J. Scullin
United States District Judge
Federal Building and U.S. Courthouse
100 South Clinton Street
P. O. Box 7255
Syracuse, NY  13261-7345

    Re:  *Doe v. Syracuse University, et al*
           Civil Action No.: 5:18-CV-00496 [FJS-DEP]

Dear Judge Scullin:

    In addition to apologizing for continued, but necessarily urgent submissions in the above case, I write to propose a briefing schedule for the Cross-Motion by Order to Show Cause submitted by Plaintiffs today. In coordination with the briefing schedule currently in place for Defendants' pending Order to Show Cause returnable September 5, 2018 at 10:00am, Dkt. #54, I suggest the following deadlines, subject to the Court's approval:

1. Defendants' responsive papers, if any, shall be filed by September 4, 2018 at ***12:00 pm*** (which corresponds with Defendants' reply deadline under Dkt. #54); and
2. Plaintiffs' reply papers, if any, shall be filed by September 4, 2018 at ***5:00 pm***.

Thank you for your consideration in this matter.

                            Respectfully submitted,

                            Karen G. Felter

CC:    All counsel of record (**VIA CM/ECF**)