UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8 and JOHN DOE #9,

*Plaintiffs*,

v.

SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,

*Defendants*.

Civil Action No.:
5:18-CV-496 (FJS/DEP)

## NOTICE OF MOTION

| | |
|---|---|
| MOTION MADE BY: | Defendants Syracuse University, Kent Syverud, Robert Hradsky, and Teresa Abi-Nader Dahlberg. |
| DATE, TIME AND PLACE OF HEARING: | On submit, or no later than Friday October 10, 2018, before the Hon. David E. Peebles., at the United States District Courthouse in Syracuse, New York. |
| RELIEF REQUESTED: | An Order Striking Plaintiffs' Third Amended Complaint, at Dkt. No. 60. |
| GROUNDS FOR RELIEF: | Fed. R. Civ. P. 15(a)(2); N.D.N.Y. Local Rule 7.1(a)(4); and the Court's common law inherent authority to control its own docket. |
| SUPPORTING PAPERS: | (1) Brief in support of Motion to Strike, dated September 6, 2018; and |
| | (2) Declaration of John G. Powers, Esq. dated September 6, 2018. |
| OPPOSITION PAPERS: | To be served and filed according to Local Rule 7.1. |

{H3416227.1}

Dated:  September 6, 2018				Respectfully submitted,

				*s/John G. Powers*
			By _____

| | |
|---|---|
| David W. DeBruin, Esq. (*pro hac vice*) | John G. Powers, Esq. |
| Ishan K. Bhabha, Esq. (*pro hac vice*) | (Bar Roll No. 508934) |
| JENNER & BLOCK LLP | Paul J. Tuck, Esq. |
| 1099 New York Avenue, N.W., | (Bar Roll No. 520814) |
| Suite 900 | HANCOCK ESTABROOK, LLP |
| Washington, DC 20001-4412 | AXA Tower I, Suite 1500 |
| (202) 639-6015 | 100 Madison Street |
| ddebruin@jenner.com | Syracuse, NY 13202 |
| | (315) 565-4500 |
| | jpowers@hancocklaw.com |

*Counsel for Defendants*

{H3416227.1}				2

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the District Court of the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following counsel of record:

| | |
|---|---|
| Kevin E. Hulslander, Esq. | khulslander@smithsovik.com |
| David M. Katz, Esq. | dkatz@smithsovik.com |
| Karen G. Felter, Esq. | kfelter@smithsovik.com |

                                        *s/John G. Powers*
                                        John G. Powers