**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**JOHN DOE #1, JOHN DOE #2, JOHN DOE #3,**
**JOHN DOE #4, JOHN DOE #5, JOHN DOE #6,**
**JOHN DOE #7, JOHN DOE #8, and JOHN DOE #9,**

        **Plaintiffs,**

      v.               **5:18-CV-496**
                       **(FJS/DEP)**

**SYRACUSE UNIVERSITY; KENT SYVERUD,**
**individually and as Chancellor of Syracuse University;**
**ROBERT HRADSKY, individually and as Syracuse**
**University Dean of Students and Associate Vice**
**President of the Student Experience; and TERESA**
**ABI-NADER DAHLBERG,**

        **Defendants.**
_____

**APPEARANCES**            **OF COUNSEL**

**SMITH, SOVIK, KENDRICK**     **KAREN G. FELTER, ESQ.**
**& SUGNET, P.C.**          **KEVIN E. HULSLANDER, ESQ.**
250 South Clinton Street, Suite 600   **DAVID M. KATZ, ESQ.**
Syracuse, New York 13202-1252
Attorneys for Plaintiffs

**HANCOCK ESTABROOK, LLP**    **JOHN G. POWERS, ESQ.**
1500 AXA Tower I          **PAUL J. TUCK, ESQ.**
100 Madison Street
Syracuse, New York 13202
Attorneys for Defendants

**JENNER & BLOCK LLP**　　　　　　　　　　**DAVID W. DEBRUIN, ESQ.**
1099 New York Avenue, Suite 900　　　　　　**ISHAN K. BHABHA, ESQ.**
Washington, D.C. 20001
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

The Court advised the parties at oral argument on September 5, 2018, that it would issue a briefing schedule regarding Plaintiffs' motion to voluntarily dismiss this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Defendants' motion to strike Plaintiffs' Third Amended Complaint. Once the motions are fully briefed, the Court will decide whether oral argument is necessary or whether it will decide the motions based on the parties' submissions. Accordingly, the Court hereby

**ORDERS** that, if Defendants want to supplement their opposition to Plaintiffs' Rule 41(a)(2) motion, they must file and serve any such supplemental response on or before **September 25, 2018**; and the Court further

**ORDERS** that Plaintiffs shall file their reply in further support of their Rule 41(a)(2) motion on or before **October 9, 2018**; and the Court further

**ORDERS** that Defendants shall file their motion to strike Plaintiffs' Third Amended Complaint on or before **September 25, 2018**; and the Court further

**ORDERS** that Plaintiffs shall file their opposition to Defendants' motion to strike their Third Amended Complaint on or before **October 9, 2018**; and the Court further

**ORDERS** that Defendants shall file their reply in further support of their motion to strike Plaintiffs' Third Amended Complaint on or before **October 16, 2018**.

**IT IS SO ORDERED.**

Dated: September 6, 2018
       Syracuse, New York

                                      Frederick J. Scullin, Jr.
                                      Senior United States District Judge