

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Karen G. Felter**
Partner
kfelter@smithsovik.com

September 24, 2018

*With Offices in*
*Syracuse | Buffalo | Long Island*

**VIA ECF**

Hon. Frederick J. Scullin
United States District Judge
Federal Building and U.S. Courthouse
100 South Clinton Street
P. O. Box 7255
Syracuse, NY 13261-7345

      Re:   *Doe v. Syracuse University, et al*
              Civil Action No.: 5:18-CV-00496 [FJS-DEP]

Dear Judge Scullin:

    I am writing for a second time to request an extension of time to file papers in opposition to defendants' motion to dismiss for failure to state a claim (Dkt. #44). The Court's current order sets Plaintiffs' date to respond to defendants' motion as Thursday, September 28, 2018. (Dkt. # 52). Oral argument on the motion is scheduled for October 12, 2018. Currently, plaintiffs have filed a Third Amended Complaint and two later filed pending motions – plaintiffs' motion for voluntary dismissal (Dkt. # 64) and defendants' motion to strike the Third Amended Complaint (Dkt. # 72) - may moot or impact defendants' 12 (b) (6) motion. Specifically, if the Court grants plaintiffs' motion for voluntary dismissal per Fed. R. Civ. P. 41 (a) (2), Dkt. # 44 will be moot. Moreover, if the Court denies the motion for voluntary dismissal as well as the motion to strike the Third Amended Complaint, Dkt. # 44 will be moot. Consequently, plaintiffs request that the Court adjourn both the response and reply dates as well as the date for oral argument on Dkt. #44 until after resolution of Dkt. #'s 64 and 72.

    Thank you for your assistance with this matter.

                                    Respectfully,

                                    Karen G. Felter

cc:   All Counsel of Record via ECF

{S0865832.1}

Smith Sovik Kendrick & Sugnet P.C.
www.smithsovik.com