UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE #1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SYRACUSE UNIVERSITY, *et al.*, <br><br> Defendants. | Civil Action No. <br> 5:18-CV-0496 (FJS/DEP) |

**NOTICE OF DEFENDANTS' OBJECTIONS IN PART TO MAGISTRATE'S REPORT AND RECOMMENDATION, ECF NO. 74, REGARDING PLAINTIFFS' ABILITY TO PROCEED USING PSEUDONYMS**

| | |
|---|---|
| OBJECTIONS FILED BY: | Defendants Syracuse University, Kent Syverud, Pamela Peter, Robert Hradsky, and Teresa Abi-Nader Dahlberg |
| DATE, TIME AND PLACE OF HEARING: | November 9, 2018, at 10:00 AM, before the Honorable Frederick J. Scullin, Jr., at the United States District Courthouse in Syracuse, New York |
| RELIEF REQUESTED: | Modification of Report and Recommendation of the Honorable David E. Peebles, ECF No. 74 |
| GROUNDS FOR RELIEF: | Fed. R. Civ. P. 10(a) and 17(a) |
| SUPPORTING PAPERS: | Designation of the Contents of the Record on Appeal, dated September 24, 2018, and Memorandum of Law, dated September 24, 2018 |
| OPPOSITION PAPERS: | To be served and filed according to Local Rule 72.1. |

{H3430889.1}

Dated:  September 24, 2018	Respectfully submitted,

	**/s/ John G. Powers**
	By  _____

| | |
|---|---|
| David W. DeBruin, Esq. | John G. Powers, Esq. |
| (*pro hac vice*) | (Bar Roll #: 508934) |
| Ishan K. Bhabha, Esq. | Paul J. Tuck, Esq. |
| (*pro hac vice*) | (Bar Roll #: 520814) |
| JENNER & BLOCK LLP | HANCOCK ESTABROOK, LLP |
| 1099 New York Avenue, N.W. | AXA Tower I, Suite 1500 |
| Suite 900 | 100 Madison Street |
| Washington, DC 20001-4412 | Syracuse, NY 13202 |
| (202) 639-6015 | (315) 565-4500 |
| ddebruin@jenner.com | jpowers@hancocklaw.com |

*Attorneys for Defendants*

{H3430889.1}	2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2018, I caused the foregoing Notice of Objections and all supporting documents to be filed electronically with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent contemporaneous notification of such filing to all counsel who have made an appearance in this action.

Dated: September 24, 2018

                                              *s/ Paul J. Tuck, Esq.*
                                              (Bar Roll No. 520814)