

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Karen G. Felter**
Partner
kfelter@smithsovik.com

October 4, 2018

*Syracuse | Buffalo*
*Long Island | White Plains*

**VIA ECF**
Hon. Frederick J. Scullin
United States District Judge
Federal Building and U.S. Courthouse
100 South Clinton Street
P. O. Box 7255
Syracuse, NY  13261-7345

      **Re:**    *Doe v. Syracuse University, et al*:  Local Rule 7.1(a)(1) Request
              Civil Action No.:  5:18-CV-00496 [FJS-DEP]

Dear Judge Scullin:

    I write pursuant to Northern District of New York Local Rule 7.1(a)(1) to request permission to file a memorandum of law in opposition to Defendants' motion to dismiss Plaintiffs' Second Amended Complaint (Dkt. #44) that will exceed twenty-five pages.

    Defendants' motion to dismiss raises five arguments regarding Plaintiffs' contractual cause of action and four arguments regarding Plaintiffs' defamation cause of action. Additionally, Plaintiffs filed a Third Amended Complaint, which addresses some arguments made in Defendants' motion, after Defendants filed their motion pursuant to Fed. R. Civ. P. 15(a)(1)(B).

    Given the number of issues presented and the complexity of the issues, Plaintiffs respectfully request a reasonable extension of the page limit of a brief in opposition to Defendants' motion to dismiss not to exceed thirty-five (35) pages.

    Thank you for your consideration in this matter.

Respectfully,

*/s/ Karen G. Felter*

Karen G. Felter

KGF/cmd