**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOHN DOE #1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JOHN DOE #5, JOHN DOE #6, JOHN DOE #7, JOHN DOE #8, and JOHN DOE #9,<br><br>Plaintiffs,<br><br>v.<br><br>SYRACUSE UNIVERSITY, KENT SYVERUD, individually and as Chancellor of Syracuse University, ROBERT HRADSKY, individually and as Syracuse University Dean of Students and Associate Vice President of the Student Experience, and TERESA ABI-NADER DAHLBERG, individually and as the Dean of the College of Engineering and Computer Science,<br><br>Defendants. | **PARTIAL STIPULATION OF DISCONTINUANCE OF ACTION AS TO ALL CLAIMS OF JOHN DOE PLAINTIFFS "4", "6", "7", "8", AND "9"**<br><br>Case No.:     5:18-cv-496 (FJS/DEP) |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and the attorneys of record for the parties to the above-entitled action, pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure, whereas no party to this stipulation is an infant, incompetent person for whom a committee has been appointed or conservatee, the above-entitled action by John Doe Plaintiffs **"4", "6", "7", "8"** and **"9"** be, and the same hereby is discontinued, for all claims, counterclaims, as against defendants without prejudice, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

{S0977604.1}

Dated: April 23, 2019     SMITH, SOVIK, KENDRICK & SUGNET, P.C.
                          *Attorneys for John Doe Plaintiffs "4", "6", "7", "8" and "9"*
                          By: ____s/____
                          Karen G. Felter, Esq.

Dated: April 23, 2019     HANCOCK ESTABROOK, LLP
                          *Attorneys for Defendants*
                          By: ____s/____
                          John G. Powers, Esq.

Dated: April ___, 2019    IT IS SO ORDERED:

                          _____
                          Hon. Frederick J. Scullin
                          United States District Judge

{S0977604.1}