

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**Karen G. Felter**
Partner
kfelter@smithsovik.com

March 24, 2021

*Syracuse | Buffalo*
*Long Island | White Plains*

**VIA ECF**

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

   Re: *Doe v. Syracuse University, et al,* Civil Action No.: 5:18-CV-00496 (BKS-ML)

Dear Magistrate Judge Lovric:

  I write to advise you that on the afternoon following our most recent telephone conference, my client called me to state he and his mother are no longer interested in funding/pursuing the above matter. I have informed Mr. Powers and I am in the process of getting a Stipulation of Discontinuance filed. I felt obligated to advise and thank the Court for the time and attention you gave this case in the last few weeks.

           Respectfully submitted,

           Karen G. Felter

Cc: All Counsel of Record via ECF

{S1350032.1}

Smith Sovik Kendrick & Sugnet P.C.
www.smithsovik.com